**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DAVID KELLY, derivatively on behalf of Nominal Defendant F5, INC., | Case No. 2:26-cv-00435-KKE |
| Plaintiff, | **ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS** |
| v. | |
| FRANCOIS LOCOH-DONOU, et al., | |
| Defendants, | |
| and | |
| F5, INC., | |
| Nominal Defendant. | |

ORDER CONSOLIDATING SHAREHOLDER DERIVATIVE
ACTIONS & APPOINTING CO-LEAD COUNSEL FOR
PLAINTIFFS - 1

Case Nos. 2:26-cv-00435-TLF; 2:26-cv-00446-MLP

NATALIE GRAND, derivatively on behalf of F5, INC.,

Plaintiff,

v.

FRANCOIS LOCOH-DONOU, et al.,

Defendants,

and

F5, INC.,

Nominal Defendant.

Case No.: 2:26-cv-00446-KKE

The Court finds good cause to **GRANT** the parties' stipulated motion to consolidate related shareholder derivative actions and appoint co-lead counsel for plaintiffs. Dkt. No. 10. Consistent with that stipulated motion, the Court ORDERS:

The Related Derivative Actions, *Kelly v. Locoh-Donou, et al.* (Case No. 2:26-cv-00435-KKE) and *Grand v. Locoh-Donou, et al.* (Case No. 2:26-cv-00446-KKE), are consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 2:26-cv-00435-KKE (the "Consolidated Action").

The clerk is directed to close the member case (Case No. 2:26-cv-00446-KKE), although the filings already on the docket of the closed member case will be considered as part of the master case record.

Every pleading in the Consolidated Action shall bear the following caption:

IN RE F5, INC. DERIVATIVE LITIGATION
_____

This Document Relates to:

ALL ACTIONS

Lead Case No. 2:26-cv-00435-KKE

To the extent they have not already been served, Defendants accept service of the complaints in the

ORDER CONSOLIDATING SHAREHOLDER DERIVATIVE
ACTIONS & APPOINTING CO-LEAD COUNSEL FOR
PLAINTIFFS - 2

Case Nos. 2:26-cv-00435-TLF; 2:26-cv-00446-MLP

Related Derivative Actions.

No later than May 11, 2026, the Parties shall meet and confer and submit a proposed scheduling order to the Court. Defendants are not required to answer or otherwise respond to the respective complaints filed in the Related Derivative Actions until the deadline set forth in the Court's order on the Parties' proposed schedule.

The co-lead counsel for Plaintiffs in the Consolidated Action shall be:

THE WEISER LAW FIRM, P.C.
James M. Ficaro
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone: (610)-225-2677
Facsimile: (610) 408-8062
Email: jmf@weiserlawfirm.com


THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which are subsequently filed in, removed to, reassigned to,

ORDER CONSOLIDATING SHAREHOLDER DERIVATIVE
ACTIONS & APPOINTING CO-LEAD COUNSEL FOR
PLAINTIFFS - 3

Case Nos. 2:26-cv-00435-TLF; 2:26-cv-00446-MLP

or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re F5, Inc. Derivative Litigation*, Case No. 2:26-cv-00435-KKE, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re F5, Inc. Derivative Litigation*, Case No. 2:26-cv-00435-KKE, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving F5 filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

DATED THIS 11th DAY OF March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER CONSOLIDATING SHAREHOLDER DERIVATIVE
ACTIONS & APPOINTING CO-LEAD COUNSEL FOR
PLAINTIFFS - 4

Case Nos. 2:26-cv-00435-TLF; 2:26-cv-00446-MLP